IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ROBERT SHENTON,**

    **Plaintiff,**

v.                                            Civil Action No. 3:17cv404

**AEROJET ROCKETDYNE, INC.,**

    **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (R&R) entered on May 21, 2018. (ECF No. 21.) The time to file objections has expired and no party has objected to the R&R. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The R&R, (ECF No. 21), is ADOPTED as the opinion of this Court;

(2) Defendant Aerojet Rocketdyne's Motion to Change Venue, (ECF No. 14), is GRANTED in part and DENIED in part; and,

(3) This action is TRANSFERRED to the Charlottesville Division of the Western District of Virginia.[1]

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/4/2018
Richmond, Virginia

---

[1] Because the Charlottesville Division of the Western District of Virginia is the more appropriate and convenient forum, the Court will leave consideration of Defendant's Motion to Dismiss, (ECF No. 6), to that court in the first instance.